IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUD SATCHEL LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-941-SLR |
| | ) |
| AMAZON.COM, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendant must answer, move, or otherwise respond to the complaint in the above action is extended through and including July 29, 2013.

| STAMOULIS & WEINBLATT LLC | ASHBY & GEDDES |
|---|---|
| */s/ Stamatios Stamoulis* | */s/ Steven J. Balick* |
| Stamatios Stamoulis (#4606) | Steven J. Balick (#2114) |
| Richard C. Weinblatt (#5080) | Lauren E. Maguire (#4261) |
| Two Fox Point Centre | Andrew C. Mayo (#5207) |
| 6 Denny Road, Suite 307 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19809 | P.O. Box 1150 |
| (302) 999-1540 | Wilmington, DE 19899 |
| stamoulis@swdelaw.com | (302) 654-1888 |
| weinblatt@swdelaw.com | sbalick@ashby-geddes.com |
| | lmaguire@ashby-geddes.com |
| *Attorneys for Plaintiff* | amayo@ashby-geddes.com |
| | |
| | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2013.

_____
United States District Judge

{00761542;v1 }