IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUD SATCHEL LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-941-SLR |
| | ) |
| AMAZON.COM, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Adam K. Mortara of BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP, 54 West Hubbard Street, Suite 300, Chicago, IL 60654 to represent Defendant Amazon.com, Inc. in this matter.

ASHBY & GEDDES

By: */s/ Steven J. Balick*
    Steven J. Balick (#2114)
    Lauren E. Maguire (#4261)
    Andrew C. Mayo (#5207)
    500 Delaware Avenue, 8th Floor
    P.O. Box 1150
    Wilmington, Delaware 19899
    Tel: (302) 654-1888
    sbalick@ashby-geddes.com
    lmaguire@ashby-geddes.com
    amayo@ashby-geddes.com

Dated: June 28, 2013

*Attorneys for Defendant Amazon.com, Inc.*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Adam K. Mortara is granted.

Date: _____                                          _____
                                                                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Illinois and Wisconsin and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Revised Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date:  June 26, 2013    Signed: _____
　　　　　　　　　　　　　Adam K. Mortara
　　　　　　　　　　　　　BARTLIT BECK HERMAN
　　　　　　　　　　　　　　PALENCHAR & SCOTT LLP
　　　　　　　　　　　　　54 West Hubbard Street, Suite 300
　　　　　　　　　　　　　Chicago, Illinois  60654
　　　　　　　　　　　　　Tel:  (312) 494-4400
　　　　　　　　　　　　　adam.mortara@bartlit-beck.com