IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLOUD SATCHEL LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  13-941-SLR |
| | ) | |
| AMAZON.COM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Abby M. Mollen to represent the defendant in this matter.  Pursuant to this

Court's Standing Order effective July 23, 2009, the fee for the attorney listed above has been

submitted to the Clerk of the Court previously during this calendar year.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendant*

Dated:  July 8, 2013

{00766298;v1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CLOUD SATCHEL LLC,                          )
                                            )
               Plaintiff,                   )
                                            )
        v.                                  )      C.A. No.  13-941-SLR
                                            )
AMAZON.COM, INC.,                           )
                                            )
               Defendant.                   )

## ORDER

This _____ day of _____, 2013, the Court having considered the motion for the

admission *pro hac vice* of Abby M. Mollen to represent the defendant in the above action; now

therefore,

        IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing

attorney is admitted *pro hac vice*.


                                            _____
                                            United States District Judge

{00766298;v1 }

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Illinois and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Revised Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

    ☒    has been paid to the Clerk of the Court

    ☐    will be submitted to the Clerk's Office upon the filing of this motion

Date: July 8, 2013        Signed: _____

Abby M. Mollen
BARTLIT BECK HERMAN
  PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60654
Tel: (312) 494-4400
abby.mollen@bartlit-beck.com

{00766298;v1 }