IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUD SATCHEL LLC, | ) |
| Plaintiff, | ) Honorable Sue L. Robinson |
| -vs.- | ) C.A. No. 13-941-SLR |
| AMAZON.COM, INC., | ) |
| Defendant. | ) |

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT AMAZON.COM, INC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Amazon.com, Inc. discloses that Defendant Amazon.com, Inc. has no parent company, and no publicly held company owns 10% or more of the stock of Amazon.com, Inc.

ASHBY & GEDDES

By: */s/ Steven J. Balick*
Steven J. Balick (#2114)
sbalick@ashby-geddes.com
Lauren E. Maguire (#4261)
lmaguire@ashby-geddes.com
Andrew C. Mayo (#5207)
amayo@ashby-geddes.com
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888

Counsel for Defendant
AMAZON.COM, INC.

*Of Counsel*:

Adam K. Mortara
adam.mortara@bartlit-beck.com
Abby M. Mollen
abby.mollen@bartlit-beck.com
BARTLIT BECK HERMAN
   PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60654
Tel: (312) 494-4400

August 9, 2013

{00775907;v1 }