IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUD SATCHEL LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 13-941-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*__**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Sharon R. Yecies to represent the defendant in this matter. Pursuant to this Court's Standing Order effective July 23, 2009, the fee for the attorney listed above will be submitted to the Clerk of the Court upon filing of this motion.

                                        ASHBY & GEDDES

                                        */s/ Andrew C. Mayo*
                                        _____
                                        Steven J. Balick (#2114)
                                        Lauren E. Maguire (#4261)
                                        Andrew C. Mayo (#5207)
                                        500 Delaware Avenue, 8th Floor
                                        P.O. Box 1150
                                        Wilmington, DE 19899
                                        (302) 654-1888
                                        sbalick@ashby-geddes.com
                                        lmaguire@ashby-geddes.com
                                        amayo@ashby-geddes.com

                                        *Attorneys for Defendant*
                                        *Amazon.com, Inc.*

Dated:  September 18, 2013

{00786517;v1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUD SATCHEL LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>AMAZON.COM, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 13-941-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>ORDER</u>**

This _____ day of _____, 2013, the Court having considered the motion for the admission *pro hac vice* of Sharon R. Yecies to represent the defendant in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

                                              _____
                                              United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Revised Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: September 17, 2013

Signed: *Sharon Yecies*
Sharon R. Yecies
BARTLIT BECK HERMAN
  PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60654
Tel:  (312) 494-4400
sharon.yecies@bartlit-beck.com

{00786517;v1 }