**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLOUD SATCHEL, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC,<br><br>    Defendant. | Civil Action No. 1:13-cv-00941-SLR<br><br>JURY TRIAL DEMANDED |

**NOTICE OF SERVICE**

I certify that on December 9, 2013, true and correct copies of Plaintiff Cloud Satchel LLC's Objections and Responses to Amazon.com, Inc.'s First set of Requests for Production (NOS. 1-72) were served upon the following counsel by electronic mail:

**SERVICE BY E-MAIL**

BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60654
Tel: (312) 494-4400

Adam K. Mortara
**adam.mortara@bartlit-beck.com**

Abby M. Mollen
**abby.mollen@bartlit-beck.com**

Sharon R. Yecies
**sharon.yecies@bartlit-beck.com**

ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

Steven J. Balick
**sbalick@ashby-geddes.com**

Lauren E. Maguire
**lmaguire@ashby-geddes.com**

Andrew C. Mayo
**amayo@ashby-geddes.com**

DATED:  December 10, 2013

|  |  |
|---|---|
|  | FARNEY DANIELS PC |
| STAMOULIS & WEINBLATT LLC | */s/ Darlene Ghavimi* |
|  | Darlene Ghavimi (#5173) |
| Stamatios Stamoulis (DE Bar No. 4606) | dghavimi@farneydaniels.com |
| stamoulis@swdelaw.com | 1220 North Market Street, Suite 850 |
| Richard C. Weinblatt (DE Bar No. 5080) | Wilmington, DE 19806 |
| weinblatt@swdelaw.com | Telephone: (512) 582-2828 |
| Two Fox Point Centre | Facsimile: (512) 582-2829 |
| 6 Denny Road, Suite 307 |  |
| Wilmington, DE 19809 | FARNEY DANIELS PC |
| (302) 999-1540 | David Swenson (Admitted *Pro Hac Vice*) |
|  | DSwenson@farneydaniels.com |
|  | Anthony Beasley (Admitted *Pro Hac Vice*) |
|  | TBeasley@farneydaniels.com |
|  | 100 North Sixth Street, Suite 445A |
|  | Minneapolis, MN 55403 |
|  | Telephone: 612-424-9229 |
|  | Facsimile: 612-424-9230 |
|  |  |
|  | *Attorneys for Plaintiff Cloud Satchel, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2013, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Darlene Ghavimi*
Darlene Ghavimi