IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| CLOUD SATCHEL LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 13-941-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| AMAZON.COM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 12th day of December, 2013, (i) **DEFENDANT AMAZON'S ANSWERS TO PLAINTIFF CLOUD SATCHEL LLC'S FIRST SET OF INTERROGATORIES (NOS. 1)**; (ii) **DEFENDANT AMAZON'S RESPONSES TO PLAINTIFF CLOUD SATCHEL LLC'S FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-10)**; (iii) **DEFENDANT AMAZON'S RESPONSES TO PLAINTIFF CLOUD SATCHEL LLC'S FIRST SET OF REQUESTS FOR PRODUCTION (NOS. 1-56)**; and (iv) **DEFENDANT AMAZON'S ANSWERS TO PLAINTIFF CLOUD SATCHEL LLC'S FIRST SET OF COMMON INTERROGATORIES (NOS. 1-10)** was served upon the below-named counsel of record at the address and in the manner indicated:

Stamatios Stamoulis, EsquireVIA ELECTRONIC MAIL
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809

Darlene Ghavimi, EsquireVIA ELECTRONIC MAIL
Farney Daniels PC
1220 North Market Street, Suite 850
Wilmington, DE 19801

| | |
|---|---|
| David P. Swenson, Esquire<br>Farney Daniels PC<br>Butler Square<br>100 North 6th Street, Suite 445A<br>Minneapolis, MN  55403 | <u>VIA ELECTRONIC MAIL</u> |

                                        ASHBY & GEDDES

                                        */s/ Lauren E. Maguire*
                                        _____
                                        Steven J. Balick (#2114)
                                        Lauren E. Maguire (#4261)
                                        Andrew C. Mayo (#5207)
                                        500 Delaware Avenue, 8th Floor
                                        P.O. Box 1150
                                        Wilmington, DE  19899
                                        (302) 654-1888
                                        sbalick@ashby-geddes.com
                                        lmaguire@ashby-geddes.com
                                        amayo@ashby-geddes.com

                                        *Attorneys for Defendant Amazon.com, Inc.*

*Of Counsel:*

Adam K. Mortara
Abby M. Mollen
Sharon R. Yecies
BARTLIT BECK HERMAN
   PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL  60654
(312) 494-4400

Dated:  December 12, 2013

{00804302;v1 }                         -2-