IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUD SATCHEL LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | C.A. No. 13-941-SLR-SRF |
| CLOUD SATCHEL LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BARNES & NOBLE, INC.,<br><br>    Defendant. | C.A. No. 13-942-SLR-SRF |

**APPENDIX OF DEFENDANTS
AMAZON.COM, INC. AND BARNES & NOBLE, INC.
IN SUPPORT OF JOINT MOTION FOR SUMMARY
<u>JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 101</u>**

Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
POTTER ANDERSON &
 CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

Counsel for Defendant
BARNES & NOBLE, INC.

Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

Counsel for Defendant
AMAZON.COM, INC.

November 10, 2014

Defendants Amazon.com, Inc. and Barnes & Noble, Inc. respectfully submit the following true and correct copies of the following Exhibits in support of their Joint Motion for Summary Judgment of Invalidity under 35 U.S.C. § 101.

| Exhibit Number | Description | Page Numbers |
|---|---|---|
| 1 | United States Patent No. 5,862,321 | A1-A20 |
| 2 | United States Patent No. 6,144,997 | A21-A39 |
| 3 | File History for United States Patent No. 5,862,321 | A40-A257 |
| 4 | File History for United States Patent No. 6,144,997 | A258-A411 |
| 5 | Memorandum Opinion dated November 13, 2013, filed in matter styled *Ubicomm, LLC v. Zappos IP, Inc.*, Civil Action No. 13-1029-RGA | A412-A425 |

|  |  |
|---|---|
| *Of Counsel*:<br><br>Adam K. Mortara<br>Mark S. Ouweleen<br>Abby M. Mollen<br>Sharon R. Desh<br>BARTLIT BECK HERMAN<br>  PALENCHAR & SCOTT LLP<br>54 West Hubbard Street, Suite 300<br>Chicago, IL 60654<br>(312) 494-4400 | ASHBY & GEDDES<br><br>/s/ *Andrew C. Mayo*<br>_____<br>Steven J. Balick (#2114)<br>Lauren E. Maguire (#4261)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>amayo@ashby-geddes.com<br><br>Counsel for Defendant<br>AMAZON.COM, INC. |
| *Of Counsel:*<br><br>Matthew M. Wolf<br>Ali R. Sharifahmadian<br>John E. Nilsson<br>Seth I. Heller<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004-1206<br>(202) 942-5000<br><br>James S. Blackburn<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street,<br>  Forty-Fourth Floor<br>Los Angeles, CA 90017-5844<br>(213) 243-4000 | POTTER ANDERSON &<br>  CORROON LLP<br><br>/s/ *Philip A. Rovner*<br>_____<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com<br><br>Counsel for Defendant<br>BARNES & NOBLE, INC. |

November 10, 2014