IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUD SATCHEL, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civ. No. 13-941-SLR |
| AMAZON.COM, INC., BARNES & NOBLE, INC., | ) Civ. No. 13-942-SLR ) ) |
| Defendants. | ) ) ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of December 18, 2014;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Amazon.com, Inc. and Barnes & Noble, Inc. and against plaintiff Cloud Satchel, LLC.

_____
United States District Judge

Dated: 12/22/2014

_____
(By) Deputy Clerk